Ethel THENIS, Administratrix de bonis non for the Estate of Jacob Thenis, and Mathias Thenis, Plaintiffs-Appellees, v. The UNITED STATES of America, Defendant-Appellant.

No. 6720.

Circuit Court of Appeals, Seventh Circuit.

Feb. 13, 1939.

Val Nolan, U. S. Atty., of Indianapolis, Ind.

Telford B. Orbison, of New Albany, Ind., for plaintiffs-appellees.

Before SPARKS and KERNER, Circuit Judges.

PER CURIAM.

Now this day come the parties by their counsel and present a stipulation to dismiss this appeal, which said stipulation is in the words and figures following, to wit:

"It is hereby stipulated by and between the United States of America, defendant-appellant, and Ethel Thenis, Administratrix de bonis non for the estate of Jacob Thenis, and Mathias Thenis, plaintiffs-appellees, that this appeal be dismissed without costs."

On consideration whereof, it is now-here ordered and adjudged by this court.

that this appeal be, and the same is hereby, dismissed without costs, pursuant to the foregoing stipulation.